IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **QBE INSURANCE CORPORATION,** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO.:10-0456-CG-N |
| **ESTES HEATING & AIR CONDITIONING, INC.** | ) ) ) ) | |
| Respondent. | ) | |

## QBE INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Petitioner QBE Insurance Corporation (hereinafter referred to as "QBE"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 7.2 of the United States District Court for the Southern District of Alabama, and moves this Honorable Court to enter summary judgment in favor of QBE, finding that QBE owes no duty to defend or indemnify Estes Heating & Air Conditioning, Inc. (hereinafter referred to as "Estes") under the Commercial General Liability Policy QBE issued Estes relative to certain claims presented by multiple plaintiffs against Estes in two lawsuits filed in the Circuit Court of Mobile County, Alabama. Those cases, styled *Diges E. Little, et al. v. The Mitchell Company, Inc., et al.*, with civil action number CV-09-901153, and *Robert W. Henderson, et al. v. The Mitchell Company, Inc., et al.*, with civil action number CV-2009-901381 (hereinafter referred to as "the Underlying Suit"), have been consolidated with another civil case arising from the same operative facts, *Housing Authority of the City of Prichard v. The Mitchell Company, Inc., et al.*, CV-09-901118, also in the Circuit Court of Mobile County. QBE offers the following in support of its requested relief:

    I.      Narrative of Undisputed Facts filed contemporaneously herewith;

    II.     Memorandum of Law filed contemporaneously herewith;

    III.    Exhibits to Memorandum of Law in Support of Motion for Summary Judgment;

    IV.    Pleadings;

WHEREFORE, THE ABOVE PREMISES CONSIDERED, QBE moves this Honorable Court to grant summary judgment in its favor as there is no genuine issue of material fact and QBE is entitled to judgment as a matter of law as to all issues before this Court. QBE respectfully requests this Honorable Court find as follows:

    A.    Declare and decree that under the QBE CGL Policy ANM19903-6, QBE does not owe a duty to defend Estes with regard to the Underlying Suit;

    B.    Declare and decree that the QBE CGL Policy ANM19903-6 does not afford coverage to Estes for the Underlying Suit and as such QBE does not owe a duty to indemnify Estes in the Underlying Suit;

    C.    Declare and decree that the QBE CGL Policy ANM19903-6 does not afford coverage to Estes for the Underlying Suit and as such Estes is not entitled to any benefits under the QBE CGL Policy ANM19903-6;

    D.    Afford QBE such other and further relief as the Court may deem proper.

                            Respectfully submitted,

                            ***/s/ Michael W. Kelley, II***
                            Thomas T. Gallion, III (ASB-5295-L74T)
                            Michael W. Kelley, II (ASB-7825-I25K)
                            Attorneys for QBE Insurance Corporation

OF COUNSEL:

Thomas T. Gallion, III

Michael W. Kelley, II
HASKELL SLAUGHTER YOUNG & GALLION, LLC
Post Office  Box 4660
Montgomery, Alabama 36103-4660
Telephone:     (334) 265-8573
Facsimile:      (334) 264-7945

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing document has been served upon the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the 29th day of September, 2011.

Thomas M. Galloway, Jr.
Post Office Box 16629
Mobile, Alabama   36616
TEL:  (251) 476-4493

                                               */s/Michael W. Kelley, II*
                                               OF COUNSEL

02391-1123
373153_1